SPIVAK LIPTON LLP
Suitable Age Service

## UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK

### AFFIDAVIT OF SERVICE



*2513129*

Index no : **23-CV-06145**
Date of Purchase: **07/17/2023**

| Plaintiff: | **VINCENT P GISMUNDI ET AL** |
|---|---|
| Defendant: | **CITY OF NEW YORK** |

STATE OF NEW YORK COUNTY OF NEW YORK     ss.:

**ANDRE MEISEL**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **07/20/2023** at **9:00 AM**, I served the within **SUMMONS AND COMPLAINT WITH APPENDIX TO CIVIL COVER SHEET** on **CITY OF NEW YORK** at **100 CHURCH STREET, OFFICE OF THE CORPORATION COUNSEL, NEW YORK, NY 10007** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Ariton Marke, Authorized to Accept** a person of suitable age and discretion.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | WHITE | BROWN | 40 | 5"10" | 190 |
| Other Features: **Glasses, Mustache & Beard** | | | | | |

Sworn to and subscribed before me on
07/24/2023

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2026

X _____
**ANDRE MEISEL**
License#: 1372356
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Tilisa Matos

