**MEMO ENDORSED.**

McGillivary Steele Elkin LLP

Application **GRANTED.**

June 28, 2024

**SO ORDERED.**

_____
Ona T. Wang                    6/28/24
U.S.M.J.

**VIA ECF**
The Honorable Ona T. Wang
Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Gismundi, et al., v. The City of New York*, Case No. 1:23-cv-06145

Dear Judge Wang,

    I represent the Plaintiffs in the above captioned matter, and I write on behalf of both Parties to request an adjournment of the time for filing the Parties' joint case management and discovery plans from July 1, 2024, to July 9, 2024, to allow the Parties to continue to meet and confer on several issues. This is the Parties' first request for an adjournment.

    The Parties have exchanged several proposals on the scope of discovery, and participated in productive meetings on June 21 and June 26, 2024, with another meeting scheduled for July 3, 2024. The Parties are making progress and believe they will be in a position to submit a Joint Discovery Plan on July 9, 2024, in advance of the July 11, 2024, status conference. The Parties need this additional time to work through several issues related to the selection of Plaintiffs who will participate in discovery and accounting for the organizational structure of the Defendant's operations to ensure a representative sample. The Parties are also working in good faith to ensure that the production of documents is efficient and proportional to the needs of the case.

    In light of this, the Parties respectfully request a brief adjournment of the time for filing the Case Management Plan and a Joint Discovery plan to July 9, 2024.

Respectfully submitted,

McGILLIVARY STEELE ELKIN LLP

*/s/ Gregory K. McGillivary*
Gregory K. McGillivary

cc:   All Counsel of Record