UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
VINCENT P. GISMUNDI, et al.,

              Plaintiffs,                      23-CV-6145 (JPC) (OTW)

           -against-                      **ORDER**

CITY OF NEW YORK,

              Defendant.
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this action on July 11, 2024. As discussed at the conference, and as outlined in the parties' Joint Stipulation (ECF 47), So Ordered July 11, 2024 (ECF 48), the deadline for Phase One Discovery is **Friday, February 28, 2025**.

The parties are directed to file a joint status letter on the last business Friday of every month until the close of discovery, beginning **Friday, August 30, 2024**.

      **SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: July 12, 2024                            **Ona T. Wang**
      New York, New York             United States Magistrate Judge