**JacksonLewis**

**MEMO ENDORSED.**

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

MY DIRECT DIAL IS: 212-545-4005
MY EMAIL ADDRESS IS: Felice.Ekelman@jacksonlewis.com

Magistrate Judge Ona T. Wang
United States District Court
500 Pearl Street
New York, New York 10007

Re: *Gismundi et al. v. City of New York*
<u>Case No. 1:23-cv-06145 (JPC)(OTW)</u>

Dear Magistrate Judge Wang:

We are counsel for Defendant City of New York (the "City" or "Defendant") in the above captioned matter and write on behalf of both Parties pursuant to Rule I(e) of Your Honor's Individual Practices in Civil Cases.

With Your Honor's assistance, including during the Wednesday, October 16, 2024, Pre-Settlement Conference call, Dkt. 61, the Parties made significant progress in settlement discussions. The Parties are currently finalizing the written Settlement Agreement and plan to submit such papers by December 14, 2024 for Your Honor's approval consistent with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). As such, the Parties respectfully request an adjournment of the Pre-Settlement Conference Call scheduled for November 15, 2024, at 1:00pm (Dkt. 62). This is the Parties' first request for an adjournment.

Respectfully Submitted,

JACKSON LEWIS P.C.

*s/ Felice Ekelman*
Felice Ekelman

Cc: All Counsel of Record

Application **GRANTED**. The conference currently scheduled for November 15 is **ADJOURNED** to **December 17, 2024, at 2:00 p.m.**

**SO ORDERED.**

_____
Ona T. Wang                                      Nov. 14, 2024
U.S.M.J.